NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JUNIPER NETWORKS, INC.,**
*Plaintiff-Appellant,*

v.

**PETER M. SHIPLEY,**
*Defendant-Appellee.*

2010-1327

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-0696, Judge Saundra Brown Armstrong.

## ON MOTION

## ORDER

Upon consideration of Juniper Networks, Inc.'s motion for an extension of time, until September 22, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**AUG 2 6 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan S. Kagan, Esq.
Cole M. Fauver, Esq.

s8



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2010

JAN HORBALY
CLERK